UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CAT ADVANCED TECHNOLOGY, et al., | Civil No. 06-3040 (PJS/JJG) |
| Plaintiffs, | |
| v. | ORDER OF DISMISSAL |
| WYO-BEN CORPORATION, | |
| Defendant. | |

---

Based upon the Notice of Dismissal with Prejudice [Civil Docket #7] filed by the plaintiffs on December 19, 2006,

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: January 24, 2007     s/Patrick J. Schiltz
                            Patrick J. Schiltz
                            United States District Judge